JOSEPH H. SAVILLE, RESPONDENT, *v.* LONDON AND LANCASHIRE FIRE INSURANCE COMPANY, APPELLANT.

See *syllabus* in the case of *Saville* v. *Ætna Insurance Company, ante,* page 419.

*Appeal from the Second Judicial District, Silver Bow County.*

*McBride & Haldorn,* and *Van Ness & Roche,* for Appellant.

*W. O. Speer,* and *Patrick Talent,* for Respondent.

For the facts and briefs see the case of *Saville* v. *Ætna Insurance Company, ante,* page 419.

LIDDELL, J.—The facts in this case present the same questions decided in the case of *Joseph H. Saville* v. *Ætna Insurance Company, ante,* page 419; and for the reasons assigned therein, it is ordered that the judgment appealed from be reversed, and the cause is remanded, with instruction to sustain the defendant's motion for a nonsuit. It is further ordered that the respondent pay all costs of this appeal.

*Judgment reversed.*

McCONNELL, C. J., and BACH, J., concur.